**MARYLAND HIGHER EDUCATION LOAN CORPORATION**
(Herein Called "Guarantor")

PROMISSORY NOTE AND DISCLOSURE STATEMENT
Borrower Name HARRY L THOMAS                                    Social Security Number 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

O.E. Lender Code Number 829401
Lending Institution Name and Address

| | ANNUAL PERCENTAGE RATE<br>The cost of my credit as a yearly rate. | Amount Financed<br>The amount of credit provided to me. |
|---|---|---|
| GIBRALTAR BUILDING AND LOAN<br>700 MELVIN AVE<br>ANNAPOLIS    MD 21401 | A. Prior to Repayment 3.6+%<br>B. During Repayment 9.00% | $2,322.92 |

Prepayment: If I pay off early, I will not have to pay a penalty and I may be entitled to a refund of part of the finance charge.
Late Charge: If a payment is late, I may be charged $ 2.00 or 5.00% of the payment, whichever is less. GREATER
I must read the entire promissory note for any additional information about nonpayment, default, any required payment in full before the scheduled date and prepayment refunds and penalties.

ITEMIZATION OF THE AMOUNT FINANCED
Loan Amount                       $2,500.00
Less: Prepaid Finance Charge      $ 177.08
   Includes:
      Guarantee Fee   $ 52.08
      Origination Fee $ 125.00
      ( 5 % of Loan Amount)
Equals: Amount Financed           $ 2,322.92

| Disbursement Schedule | Estimated Date of Disbursement | Loan Amount | Prepaid Finance Charge | | Amount Financed |
|---|---|---|---|---|---|
| | | | Guarantee Fee | Origination Fee | |
| First (or entire) | 11/01/83 | 2500 | 52.08 | 125.00 | 2322.92 |
| Second | N/A | N/A | N/A | N/A | N/A |
| Third | N/A | N/A | N/A | N/A | N/A |

Date Guaranteed: 10/18/83         Date Produced: 10/18/83

I. **PROMISE TO PAY:** I promise to pay to you or your order when this Note becomes due as set forth in Paragraph II, the "Loan Amount" as shown in "Itemization of the Amount Financed" to the extent it is advanced to me plus interest as set forth in Paragraph III, and any other charges which may become due as provided in Paragraph VI.

II. **DATE NOTE BECOMES DUE:** This Note will become due on the earliest of the following dates: 1) SIX FULL months after I stop carrying, at an eligible school approved by the Guarantor, at least one-half of the normal full-time academic workload required by such school; or 2) If I have not already enrolled on the basis (at least half-time) shown in my application for this loan, the last day set by the school named in my application for which I can begin to get academic credit for the period covered by this loan even though I may plan to enroll at a later date within the loan period.

III. **INTEREST:** I agree to pay an amount equivalent to simple interest on the unpaid balance at the rate of 9.00% per annum from the date you advance the loan until the loan is paid in full. You will not collect from me any interest which the United States Government will pay for me. I will pay you at the end of each N/A (month, quarter) any interest due from me, or you may allow me to defer the payment of this interest until this Note becomes due. When this Note becomes due I may either pay the total interest due or such interest will be added to the principal balance due to be repaid, with interest, in installments. All payments will be made to your address given above or to any other address you notify me of.

IV. **GUARANTEE-ORIGINATION FEES:** I will pay you a guarantee fee in the amount shown in "Itemization of the Amount Financed" which you will forward to the Guarantor to pay for its guarantee of this Note. The guarantee fee is equal to 1.00% per annum on the amount of this loan from the disbursal date until SEVEN months after the graduation date given on my application for this loan. No part of this guarantee fee will be repaid to me unless the total loan is repaid within 60 days after the disbursal date, in which case the total fee will be returned. I will pay you a loan origination fee authorized by federal law in the amount disclosed in the "Itemization of the Amount Financed" above. If any loan disbursement check is returned uncashed to the lender I will be entitled to a refund of any loan origination fee paid in respect to such disbursement. The guarantee fee and the loan origination fee may both be deducted from the proceeds of my loan.

V. **WHOLE LOAN DUE:** I will be in default and you have the right to give me notice that the whole outstanding principal balance plus any unpaid interest I owe is due and payable at once (subject to any law which gives me a right to cure my default) if: 1) Any payment has not reached you within 15 days after it is due; or 2) I fail to notify you of a change in my name, address, or school enrollment status within 10 days; or 3) I break any of my other promises under this agreement; or 4) Any bankruptcy proceeding is begun by or against me, or I assign any of my assets for the benefit of my creditors; or 5) I make any false written statement in applying for this loan or for an extension or deferment of this loan. After sending such notice to me, you will have the right, without further notice, to take the outstanding balance out of my checking and/or savings account I have with you if permitted by law, but not out of the proceeds of any other property of mine which you have a right to take because of any other agreement between you and me. If I default, I will be required to pay interest on this loan as provided in Paragraph III from the date of default since the United States Government will stop paying such interest on my behalf.

VI. **COLLECTION COSTS:** 1) I agree to pay you reasonable amounts permitted by law, including the fees of an outside attorney and court costs, which you incur in collecting any amount I owe under the Note which is not paid when due. 2) If any payment has not reached you within 15 days after its due date, you may, if permitted by law, bill me for a late charge at the maximum rate permitted.

I WILL NOT SIGN THIS NOTE BEFORE READING IT, INCLUDING THE WRITING ON THE REVERSE SIDE, EVEN IF OTHERWISE ADVISED. I WILL NOT SIGN THIS NOTE IF IT CONTAINS ANY BLANK SPACE. I AM ENTITLED TO AN EXACT COPY OF THIS NOTE AND ANY AGREEMENT I SIGN. BY SIGNING THIS NOTE I ACKNOWLEDGE THAT IT CONTAINS NO BLANK SPACE AND THAT I HAVE RECEIVED AN EXACT COPY HEREOF. I HAVE THE RIGHT AT ANY TIME TO PAY IN ADVANCE THE UNPAID BALANCE DUE UNDER THIS NOTE WITHOUT PENALTY.

X _[signature]_ (SEAL)        X Nov 1, 1983    5620 Dundalk Dr.    X
Borrower Signature                 Date             Permanent Address
                                   Oxon Hill Md 20021
_____ (SEAL)        _____
Signature of Co-signer (if any)    Date             Permanent Address

PLAINTIFF'S EXHIBIT A-1

NOTICE: SEE OTHER SIDE FOR IMPORTANT INFORMATION

USA Funds Form 04/6/82