**MARYLAND HIGHER EDUCATION LOAN CORPORATION** (Herein Called "Guarantor")

**PROMISSORY NOTE AND DISCLOSURE STATEMENT**

Lending Institution Name and Address

GIBRALTAR BUILDING AND LOAN
2981 SOLOMONS ISLAND RD
P O BOX 118
EDGEWATER     MD 21037

| | |
|---|---|
| Loan Amount | $2,500.00 |
| Less: | |
| Guarantee Fee | $ 31.24 |
| Origination Fee | $ 125.00 |
| Documentary Stamp Tax | $ N/A |
| Amount of Loan Check | $2,343.76 |
| Amount of Guarantee Fee Paid Separately | $ N/A |

D. E. Lender Code Number  829401
Date Guaranteed  08/28/84
Date Produced  08/28/84
INTEREST RATE  9.00 %

Social Security Number
Borrower Name and Address
HARRY L THOMAS
5620 DUNDULK DR
OXON HILL     MD  20021

| Disbursement Schedule | Estimated Disbursement Date | Loan Amount | Guarantee Fee | Origination Fee | Documentary Stamp Tax | Amount of Loan Check |
|---|---|---|---|---|---|---|
| First (or entire) | 09/30/84 | 2500.00 | 31.24 | 125.00 | N/A | 2343.76 |
| Second | N/A | N/A | N/A | N/A | N/A | N/A |
| Third | N/A | N/A | N/A | N/A | N/A | N/A |

I. **PROMISE TO PAY:** I promise to pay to you or your order when this Note becomes due as set forth in Paragraph II, the "Loan Amount" as shown above to the extent it is advanced to me plus interest as set forth in Paragraph III, and any other charges which may become due as provided in Paragraph VI.

II. **DATE NOTE BECOMES DUE:** I will repay this loan in periodic installments during a repayment period that will begin 1) no later than **SIX FULL** months ("the grace period") after the **MONTH** I either leave school or stop carrying, at an eligible school approved by the Guarantor, at least one-half of the normal full time academic workload required by the school; or 2) If I have not already enrolled on the basis (at least half-time) shown in my application for this loan, the last day set by the school named in my application for which I can begin to get academic credit for the course covered by this loan even though I may plan to enroll at a later date within the loan period. However, during the grace period I may request that the repayment period begin earlier.

III. **INTEREST:** I agree to pay an amount equivalent to simple interest on the unpaid balance at the rate of **9.00**% per annum from the date you advance the loan until the loan is paid in full. You will not collect from me any interest which the United States Government will pay for me. I will pay you at the end of each **N/A** (month, quarter) any interest due from me, or you may allow me to defer the payment of this interest until this Note becomes due. When this Note becomes due I may either pay the total interest due or such interest will be added to the principal balance due to be repaid, with interest, in installments. All payments will be made to your address given above or to any other address you notify me of.

IV. **GUARANTEE-ORIGINATION FEE:** I will pay you an origination fee authorized by federal law, not to exceed 5% of the loan amount, in the amount disclosed above. If any loan disbursement check is returned uncashed to the lender, I will be entitled to a refund of any origination fee paid in respect to such disbursement. I will pay you a guarantee fee in the amount shown above which you will forward to the Guarantor to pay for its guarantee of this Note. The guarantee fee is equal to **1.00**% per annum on the amount of this loan from the disbursal date until **SIX FULL** months after the graduation date given on my application for this loan. NO PART OF THIS GUARANTEE FEE WILL BE REFUNDED TO ME UNLESS THE TOTAL LOAN IS REPAID WITHIN 60 DAYS AFTER THE DISBURSAL DATE, IN WHICH CASE THE TOTAL FEE WILL BE REFUNDED. THE GUARANTEE FEE AND THE ORIGINATION FEE MAY BOTH BE DEDUCTED FROM THE PROCEEDS OF MY LOAN.

V. **WHOLE LOAN DUE** (See other side for additional conditions): I will be in default and you have the right to give me notice that the whole outstanding principal balance plus any unpaid interest I owe is due and payable at once (subject to any law which gives me a right to cure my default) if any payment has not reached you within **15** days after it is due.

VI. **COLLECTION COSTS:** 1) I agree to pay you reasonable amounts permitted by law, including the fees of an outside attorney and court costs, which you incur in collecting any amount I owe under the Note which is not paid when due. 2) If any payment has not reached you within **15** days after its due date, you may, if permitted by law, bill me for a late charge at the maximum rate permitted. If a payment is late, I may be charged $ **2.00** or **5.00** % of the payment, whichever is **XXX** GREATER.

I WILL NOT SIGN THIS NOTE BEFORE READING IT, INCLUDING THE WRITING ON THE REVERSE SIDE, EVEN IF OTHERWISE ADVISED. I WILL NOT SIGN THIS NOTE IF IT CONTAINS ANY BLANK SPACE. I AM ENTITLED TO AN EXACT COPY OF THIS NOTE AND ANY AGREEMENT I SIGN. BY SIGNING THIS NOTE I ACKNOWLEDGE THAT IT CONTAINS NO BLANK SPACE AND THAT I HAVE RECEIVED AN EXACT COPY HEREOF. I HAVE THE RIGHT AT ANY TIME TO PAY IN ADVANCE THE UNPAID BALANCE DUE UNDER THIS NOTE WITHOUT PENALTY.

Borrower Signature (SEAL)   Date Sept 7 1984   Permanent Address 5620 Dundulk Rd Oxon Hill Md

Signature of Co-signer (SEAL)   Date   Permanent Address

NOTICE: SEE OTHER SIDE FOR ADDITIONAL INFORMATION

USA Funds Form 10A 1/84

PLAINTIFF'S EXHIBIT A-2