AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 4/8/06 |
| NAME OF SERVER (PRINT) | TITLE |
| LLOYD THOMPSON | PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _Wife of defendant_

☐ Returned unexecuted: _____

☐ Other (specify): _Wife of defendant who lives with him but would not give first name_

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/10/06
                    Date

_Lloyd Thompson_
Signature of Server

1220 L St. N.W.
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

SUMMONS IN A CIVIL ACTION

United States of America
c/o Thomas A. Mauro
1020--19TH Street, NW,#400
Washington, DC 20036

v. *his Wife*

Harry L. Thomas

CASE NUMBER  1:06CV00497

JUDGE: Henry H. Kennedy

DECK TYPE: General Civil

DATE STAMP: 03/17/2006

TO: (Name and Address of Defendant)

Harry L. Thomas
2413 17th St. Ne
Washington, DC  20018-2051
SSN XXX-XX-8130 /

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (Name and Address:

Thomas A. Mauro

Suite 400
1020 19th Street, N.W.
Washington, DC  20006-6101

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK OF THE COURT

BY: *[signature]*
DEPUTY CLERK

United States District Court
for the District of Columbia
333 Constitution Ave., NW
Washington, DC  20001

DATE: MAR 17 2006