# UNITED STATES FEDERAL DISTRICT COURT
# DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

      **Plaintiff**

v.

**HARRY L THOMAS JR**
      **Defendant**

## DECLARATION OF LOLA HUM

### JOB POSITION AND RESPONSIBILITIES

1. I am a Senior Loan Analyst in the Litigation Branch, San Francisco Service Center, Collections, , but is not limited to, the following: (1) providing background information on the individual's loan history (including repayment history and forbearance/deferment history) and loan programs; (2) preparing responses to discovery requests, and especially providing responses Students Channel, Student Financial Assistance Programs, U.S. Department of Education (Education). I have held this position since April 2004.

2. My responsibilities are to assist United States Attorney's Offices with both Federal District Court and Bankruptcy Court litigation involving student loans. The litigation support provided includes to interrogatories and requests for production of documents; (3) providing information regarding repayment options available to the borrower; (4) providing testimony to the actual case either in person or by submission of a declaration/affidavit; and (5) facilitating settlement.

### DEBTOR'S LOAN HISTORY

On or about 12/9/1992 the Department was assigned two Guaranteed Student Loans for the Debtor Harry L Thomas Jr. The current balance as of 4/26/06 is as follows:

1. Debt ID G199309002528601: unpaid principal of $2,672.60 and unpaid interest of $3,840.43.

2. Debt ID G199309002528702: unpaid principal of $2,672.60 and unpaid interest of $3,840.43.

(see L109 Debt Level Information Screen).

Thomas Jr Declaration

The total amount owed as of 4/26/06 is $13,026.06 (see L101 Account Level Information Screen).

Since assignment of the loans, the Department has received a total of $2,165.00 in payments. (See R103 Account Transaction Screen).

I declare under penalty of perjury that the foregoing statements and exhibit are true and accurate to the best of my knowledge, information and belief.

Executed: April 26, 2006                     _____
                                             Lola Hom
                                             Senior Loan Analyst