IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br>            Plaintiff,   )  <br>                             )    Civil Action No. 1:06CV00497 JGP  <br> v.                        )  <br>                             )  <br> HARRY L. THOMAS            )  <br>            Defendant(s).  )  <br>                             )  <br>                             ) | |

## SUPPLEMENTAL FILING

The Attorney for the Government informs the Court that a copy of defendant's answer to the summons and complaint dated April 20, 2005 was received by this office and is being forwarded to the Court as a supplemental filing in lieu of the plaintiff's pending motion for a summary judgment order.

Respectfully submitted,

_____
Thomas A. Mauro,
Attorney for the United States of America
Bar No. 184515
1020 19th Street, NW
 Suite 400
Washington, DC  20036
202-452-9865

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 5th day of July, 2006 to:

Purcell Luke, Esq.
220 East Main St., Suite B
Salisbury, MD  20801
Tel No. 410-749 9100
Attorney for the Defendant

_____
Thomas A. Mauro