IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA　　　　　　*
c/o Thomas A. Mauro
1020 19TH-Street, N.W.　　　　　　　　　*
Suite 400
Plaintiff　　　　　　　　　　　　　　* Case No.: 1:06CV00497
vs.
　　　　　　　　　　　　　　　　　　*
HARRY L. THOMAS
2413 17th St. NE　　　　　　　　　　　*
Washington, DC 20018-2051
Defendant　　　　　　　　　　　　　*
*　*　*　*　*　*　　*　*　*　*　*　*

## ANSWER PRESENTING DEFENSES

Now comes the Defendant, Harry L. Thomas, by and through his attorney Purcell Luke, Esq., hereby submits this Answer to the Plaintiff's Complaint for Money Owed to the United States pursuant to F.R.C.P. 8, and hereby further states that;

### RULE 12(b)(6) DEFENSES

The Amended Complaint fails to state a claim upon which relief may be granted.

### ANSWER

1. The Defendant is without knowledge or information sufficient to admit or deny the factual allegations contained in paragraph 1 and therefore, it is denied.

2. The Defendant is without knowledge or information sufficient to admit or deny the factual allegations contained in paragraph 2 and therefore, it is denied.

3. The Defendant is without knowledge or information sufficient to admit or deny the factual allegations contained in paragraph 3 as it pertains to Exhibit B, and therefore, it is denied, however, Defendant admits to the promissory notes and information therein as true and accurate.

4. The Defendant admits to a demand being made by the Plaintiff as stated in

LAW OFFICES OF
ESCOTT
& ROWE
A LIMITED LIABILITY COMPANY
MAIN STREET, SUITE B
:Y, MARYLAND 21801
ONE: 410.749.9100

paragraph 4, however denies that Defendant has neglected and refused to pay the same

## AFFIRMATIVE DEFENSES

5. Accord and Satisfaction.

6. Estoppel.

7. Failure of Consideration.

8. Laches.

9. Payment.

10. Release.

11. Statute of Limitations.

12. Wavier.

BY: _____
Purcell Luke, Esq.
220 East Main St., Ste. B
Salisbury, Maryland 20801
Tel: 410-749-9100
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of April 2005, a copy of the foregoing Answer Presenting Defenses was mailed to:

Thomas A Mauro
Suite 400
1020 19th Street, N.W.
Washington, DC 20006

_____
Purcell Luke, Esq

LAW OFFICES OF
WESCOTT
E & ROWE
A LIMITED LIABILITY COMPANY

ST MAIN STREET, SUITE B
URY, MARYLAND 21801

PHONE: 410.749.9100