UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

   **Plaintiff**

   v.                  Civil Action No. 06-497 (JGP)

**HARRY L. THOMAS,**

   **Defendant**

### ORDER

The complaint in this case was filed on March 17, 2006. Plaintiff filed a Motion for Summary Judgment on May 2, 2006 [docket no. 3]. At that time, the docket and court jacket reflected that defendant filed nothing in this case with the Court. However, according to plaintiff's motion for summary judgment "[t]hrough counsel, the defendant filed his Answer on April 20, 2006." Id. at 2. In apparent response to a chamber staff telephone inquiry, plaintiff filed a "Supplemental Filing" [docket no. 4] stating, "a copy of defendant's answer to the summons and complaint dated April 20, 2005 was received by this office and is being forwarded to the Court as a supplemental filing in lieu of the plaintiff's pending motion for a summary judgment order." Id. at 1. Attached to plaintiff's filing is defendant's answer to the complaint in this case and which is signed by counsel. As of the date of this Order, defendant has not filed anything with the Court and counsel has not entered an appearance on defendant's behalf. A status hearing is necessary to clarify the posture of the case and to determine whether or not defendant will proceed pro se. It is hereby

  **ORDERED** that plaintiff's motion for summary judgment [docket no. 3] is stayed pending

a hearing in this case; it is further

**ORDERED** that a status hearing shall be held on April 12, 2007 at 10:00 A.M. in Courtroom 15 on the Sixth Floor of the E. Barrett Prettyman Courthouse.


**DATE: March 27, 2007**

                                        **JOHN GARRETT PENN**
                                        **United States District Judge**


**Copy via Electronic Case Filing System to:**
Thomas Mauro, Esq.
1020 19th Street, N.W., Suite 400
Washington, D.C. 20036
Attorney for the United States of America

**Copy via First-Class Mail and First-Class Mail with Return Receipt Service and Certified Mail Service to:**
Purcell Luke, Esq.
220 East Main Street, Suite B
Salisbury, Maryland 20801

**Copy via First-Class Mail and First-Class Mail with Return Receipt Service and Certified Mail Service to:**
Harry L. Thomas
2413 17th Street, N.E.
Washington, D.C. 20018-2051
Defendant