*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

**UNITED STATES OF AMERICA,**

        **Plaintiff**

        v.                                      **Civil Action No. 06-497 (JGP)**

**HARRY L. THOMAS,**

        **Defendant**

### ORDER

For the convenience of the Court, the hearing previously scheduled for June 21, 2007 at 1:00 P.M., is rescheduled to July 10, 2007 at 2:00 P.M. The parties have been alerted by telephone. It is hereby

**ORDERED** that a hearing shall be held on July 10, 2007 at 2:00 P.M. in Courtroom 15 on the Sixth Floor of the E. Barrett Prettyman Courthouse.

**DATE: June 20, 2007**

                                                          **JOHN GARRETT PENN**
                                                          **United States District Judge**

**Copy via First-Class Mail to:**
Harry L. Thomas, Jr.
Councilmember, Ward 5
Council of the District of Columbia
John A. Wilson Building
1350 Pennsylvania Avenue, N.W.
Suite 107
Washington, D.C. 20001

**Copy via First-Class Mail to:**
Harry L. Thomas
2413 17th Street, N.E.
Washington, D.C. 20018-2051

**Copy via Electronic Case Filing System to:**
Thomas Mauro, Esq.
1020 19th Street, N.W., Suite 400
Washington, D.C. 20036
Attorney for the United States of America