UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

      Plaintiff

      v.                          Civil Action No. 06-497 (JGP)

**HARRY L. THOMAS,**

      Defendant

## ORDER

For the convenience of the Court, the hearing previously scheduled for July 10, 2007 at 2:00 P.M., is continued to a new date to be determined. The parties will also be alerted by telephone.

**SO ORDERED**.

**DATE: July 5, 2007**

                                                  **JOHN GARRETT PENN**
                                                **United States District Judge**

**Copy via First-Class Mail to:**
Harry L. Thomas, Jr.
Councilmember, Ward 5
Council of the District of Columbia
John A. Wilson Building
1350 Pennsylvania Avenue, N.W.
Suite 107
Washington, D.C. 20001

**Copy via First-Class Mail to:**
Harry L. Thomas
2413 17th Street, N.E.
Washington, D.C. 20018-2051

**Copy via Electronic Case Filing System to:**
Thomas Mauro, Esq.
1020 19th Street, N.W., Suite 400
Washington, D.C. 20036
Attorney for the United States of America