CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | |
| v. ) | Civil Case Number 06-0497 (DAR) |
| ) | |
| HARRY L. THOMAS ) | Category J |
| ) | |
| Defendant ) | |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>September 18, 2007</u> from <u>Judge John Garrett Penn</u> to <u>Magistrate Judge Deborah A. Robinson</u> by direction of the Calendar Committee.

(Case transferred by consent.)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:  <u>Magistrate Judge Robinson</u> & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Civil Case Processing Clerk