UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| | Civil Action No. 06cv00497 (DAR) |
| v. | |
| | **Next Event - Status Hearing 3/14/08** |
| HARRY L. THOMAS | Courtroom No. 4 10:30 A.M. |
| Defendant. | |

## PLAINTIFF'S STATUS REPORT TO THE COURT

In response to the Court's Order of March 3, 2008, Plaintiff, United States of America, through its counsel, Thomas A. Mauro, hereby files this Status Report. Preliminarily, Plaintiff wishes to inform the Court that in response to the Court's requirement that the parties file a Joint Status Report, Plaintiff counsel's office called the office of the Defendant on Friday, March 7, 2008, and left a message with his Chief of Staff to call the undersigned counsel in order to discuss this case. The undersigned counsel also called the Defendant's Office on March 10, 2008, and left an urgent message that the Defendant call to discuss this case. The Defendant has not returned either call.  The Defendant is a Member of the District of Columbia City Council.

Plaintiff further notes that an attorney with a Salisbury Maryland address, Purcell Luke, Esq., sent an Answer on behalf of the Defendant dated April 20, 2005, to Plaintiff's counsel but did not file the Answer with the Court. Plaintiff's counsel forwarded the apparent Answer to the Court at the Court's request with Plaintiff's Supplemental filing of July 5, 2006 (Document # 4). Please see also the Court's Order of March 27, 2007 (Document # 5). Mr. Luke has not responded to any of the papers filed thereafter in this case or to the undersigned's attempt to contact Mr. Luke by telephone at the number he gave the Court, 410 219 3383. Finally, the undersigned counsel was unable to identify Mr. Luke as a current member of the District of

1

Columbia Bar.

This case was filed on March 17, 2006 (Document # 1). It is before the Court on a student loan debt owed by the Defendant to the United States Department of Education.

The Defendant was served with the Summons and Complaint on April 8, 2006, by service on the wife of the Defendant at the Defendant's residence (Document # 2). Defendant thereafter failed to answer or respond formally, although Mr. Luke acting on his behalf sent a document entitled "Answer" to the undersigned but did not file the document with the Court.

The Plaintiff filed its Motion for Summary Judgment on May 10, 2005 and served a copy thereof on Attorney Luke at his Salisbury Maryland address. The Defendant has not responded to the Motion for Summary Judgment. The Court thereafter set the case down for a Status Conference. See Document No. 5.

Since the Defendant has not responded to the Plaintiff's Motion for Summary Judgment or filed an Answer in this case, we believe the Court can now grant the Entry of Default Judgment, and we ask the Court to do so. Defendant is currently indebted to the Government in the amount of $13, 683.36, excluding attorneys fees.

Respectfully Submitted,

/s/ Thomas A. Mauro
Thomas A. Mauro
Attorney for the United States of America
1020 19th Street, N.W., Suite 400
Washington, D.C. 20036
PH: (202) 452-9865

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Status Report to the Court has been mailed, first class mail, postage prepaid to:

The Hon. Harry L. Thomas  
Councilmember, Ward 5  
Council of the District of Columbia  
John A. Wilson Building  
1350 Pennsylvania Avenue, NW  
Suite 107  
Washington, DC 20001

this 10th day of March, 2008.

                                                  /s/ Thomas A. Mauro  
                                                     Thomas A. Mauro