IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Action No.  1:06CV00497 (DAR)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| HARRY L. THOMAS | ) |
| Defendant(s). | ) |
| | ) |

**PRAECIPE**

THE CLERK OF THE COURT WILL please strike the appearance of Tracy A. Quinlan, Esq., as Counsel for the Plaintiff in this matter.

The appearance of Herbert A. Rosenthal on behalf of the Plaintiff shall remain.

Respectfully submitted,

/S/ Herbert A. Rosenthal
_____
Herbert A. Rosenthal, Bar No. 011007
Rosenthal Gormly, Chartered
5101 Wisconsin Avenue, N.W., Suite 302
Washington, DC  20016
Tel No. 202-785-9773
Attorney for Plaintiff

Dated:  July 5, 2017

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing praecipe was mailed this 5th day of July, 2017 to:

Frederick D. Cooke, Jr. Esq.
1201 Connecticut Ave., N.W. Suite 200
Washington, DC  20036
Email: fcooke@rwdhc.com

Vandy L. Jamison, Esq.
9626 Pennsylvania Ave.,
Upper Marlboro, MD  20772
Email: vjamisonatlaw.aol.com

*/s/ Herbert A. Rosenthal*
_____
Herbert A. Rosenthal, Bar No. 011007